### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JAMES DOE, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:18cv320 |
| ) | |
| v. ) | |
| ) | |
| VIRGINIA POLYTECHNIC INSTITUTE ) | |
| AND STATE UNIVERSITY, TIMOTHY ) | |
| SANDS, FRANK SHUSHOK, JR., ) | |
| ENNIS MCCRERY, FRANCES KEENE, ) | |
| and KYLE ROSE, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For good cause shown, the trial of this action is continued to May 17 - 21, 2021 beginning at 9:30 a.m.

The final pre-trial conference is scheduled before Judge Dillon on May 10, 2021 at 2:00 p.m.

All other dates in the Amended Pre-trial Order (Dkt. 61) shall remain in effect.

It is **SO ORDERED**.

Entered:  April 14, 2020

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

1